In re WOOD et al. (Supreme Court, Appellate Division, First Department. January 20, 1905.) In the matter of Robert C. Wood and others. No opinion. See memorandum.

WOOD, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Joseph S. Wood against the city of Mt. Vernon. Order affirmed, with $10 costs and disbursements.

WOOD, Respondent, v. CITY OF MT. VERNON, Appellant. REYNOLDS v. SAME. FAIRCHILD v. SAME. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Actions by Joseph S. Wood, by James L. Reynolds, and by John F. Fairchild against the city of Mt. Vernon. No opinion. Motions denied.

(100 App. Div. 511)

WOOD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Charles B. Wood against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, on opinion of this court in same case on former appeal, reported 93 App. Div. 53, 86 N. Y. Supp. 817.

McLENNAN, P. J., and WILLIAMS, J., dissent.

WORLD'S DISPENSARY MEDICAL ASS'N v. CURTIS PUB. CO. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by the World's Dispensary Medical Association against the Curtis Publishing Company. No opinion. Motion for leave to appeal to Court of Appeals granted, and question certified.

WRIGHT v. EMPIRE STEEL & IRON CO. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Frank B. Wright against the Empire Steel & Iron Company.

PER CURIAM. Motion denied, upon payment of $20 costs and giving undertaking to secure the judgment for costs and the costs of the appeal.

ZAMBROSKI v. GRIFFIN. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Mary Zambroski, as administratrix, etc., against P. Henry Griffin. No opinion. Upon reading and filing the stipulation of the parties, appeal dismissed, without costs.

ZIEMER v. CRUCIBLE STEEL CO. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Ida Ziemer, as administratrix, etc., against the Crucible Steel Company. No opinion. Motion denied, with $10 costs.

END OF CASES IN VOL. 91.